UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #:                        │
│ DATE FILED:  2/27/08 DS       │
└──────────────────────────────┘
```

GREGORY BARNES,                          :
                                         :
                        Plaintiff,       :
                                         :          **ORDER**
          - against -                    :
                                         :          07 Civ. 5855 (DC) (RLE)
DR. KHAN, et al.,                        :
                                         :
                        Defendants.      :

**RONALD L. ELLIS, United States Magistrate Judge:**

WHEREAS on September 27, 2007, Plaintiff filed a Second Amended Complaint naming additional Defendants; and

WHEREAS a clerical error caused the Pro Se Office to neglect to issue Plaintiff a new summons, thereby depriving him of the materials necessary to effectuate service;

**IT IS HEREBY ORDERED** that the Pro Se Office provide Plaintiff with an amended summons along with all the paperwork necessary to effectuate service.

**SO ORDERED this 27th day of February 2008**
**New York, New York**

The Honorable Ronald L. Ellis
United States Magistrate Judge