UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

GREGORY BARNES,                             :

              Plaintiff,         :

     - against -                          :    **ORDER**

ELI LILLY CORP. et al.,                     :    07 Civ. 5855 (DC) (RLE)

              Defendants.        :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        On April 2, 2009, Magistrate Judge Ronald L. Ellis issued a Report and Recommendation ("R&R") recommending that plaintiff pro se Gregory Barnes' complaint be dismissed for failure to prosecute.  Neither party has filed an objection to the R&R.

        I hereby adopt the R&R in its entirety, and dismiss plaintiff's complaint for the reasons stated in the R&R.  The Clerk of Court is directed to enter judgment accordingly and close the case.

        SO ORDERED.

Dated:    New York, New York
         April 28, 2009

                                      DENNY CHIN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-29-09